## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

EDWARD MOORE                                                    PLAINTIFF

V.                          CASE NO. 5:25-CV-5153

FRANK BISIGNANO, Commissioner,
Social Security Administration                                 DEFENDANT

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** Mr. Moore's claims are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of July, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

1